1,499-25,26,2[?]

June 17, 2015

CLERK
COURT of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE: Ex Parte Bobby Brown    ~~WR-1,499~~ WR-1,499-25.

Dear Clerk:

The court or you presented my writ of Habeas Corpus to the court on May 11, 2015. Would you please let me know if a decision has been ruled. Thanks

Sincerely,
Bobby Brown

Bobby Brown 1124005
Estelle Unit
264 fm 3478
Huntsville, Tx 77320

CC:

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 24 2015
Abel Acosta, Clerk